

Sara L. Faulman
slf@mselaborlaw.com

January 26, 2023

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Chaz Perry, et al. v. City of New York and New York City Fire Department*, Case No. 21-2095

Dear Ms. Wolfe:

    I am writing to request permission to bring electronic devices to the oral argument in the above-captioned matter. Specifically, co-counsel, Diana J. Nobile, and I are each requesting permission to bring and use a laptop during the oral argument on February 7, 2023.

    Please do not hesitate to contact me with any questions.

                    Respectfully submitted,

                    McGILLIVARY STEELE ELKIN LLP

                    Sara L. Faulman

cc:    All Counsel of Record (via ECF)

*Main*: (202) 833-8855 | *Fax*: (202) 452-1090 | *Email*: info@mselaborlaw.com | www.mselaborlaw.com
1101 Vermont Avenue NW, Suite 1000 | Washington, D.C. 20005