UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of January, two thousand and twenty-three,

_____

| | |
|---|---|
| Chaz Perry, Wayne Askew, Brandan Bass, James Beddia, Frantz Bonneau, et al. | **ORDER**<br>Docket No. 21-2095 |

Plaintiffs - Appellees,

v.

City of New York, New York City Fire Department,

Defendants - Appellants.

_____

Diana J. Nobile and Sara Faulman are hereby authorized to bring two laptop computers into Courtroom 1505 of the Thurgood Marshall U.S. Courthouse for the limited purpose of readily accessing briefs, appendices, and other material directly related to oral argument in the above-referenced scheduled for Tuesday, February 7, 2023. Any use of the computer is limited to counsel's table.

Counsel identified in this Order certifies that she will not use the computer inside the courtroom to make or record images or sounds or to send or receive wireless transmissions. Counsel also certifies that the iPad lacks any infrared ports or alternatively that counsel has disabled all infrared ports.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court