UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Perry v. City of New York | USCA DOCKET NUMBER:<br>21-2095 | COUNSEL'S NAME:<br>Diana J. Nobile |
| | DISTRICT/AGENCY:<br>S.D.N.Y | COUNSEL'S ADDRESS:<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20006 |
| | DISTRICT/AGENCY NUMBER:<br>1:13-cv-01015-VSB | DATE:<br>Sept. 8, 2023 |

Counsel for
Plaintiffs-Appellees
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Defendants-Appellants, City of New York and New York City Fire Department
and in favor of
Chaz Perry, et. al, Plaintiffs-Appellees
for insertion in the mandate.

Docketing Fee  _____

Costs of printing appendix (necessary copies _____ )  _____

Costs of printing brief (necessary copies  6 copies with binding  )  $58.44

Costs of printing reply brief (necessary copies _____ )  _____

(VERIFICATION HERE)

*[Signature]*
Signature

District of Columbia
Signed and sworn to (or affirmed) before me
on 9/8/23 by Diana Nobile
    Date     Name(s) of Individual(s) making Statement

*[Signature]* Patricia R. Murphy
Signature of Notarial Officer

Notary Public
Title of Office

My commission expires: 6/14/2027

Rev. April, 2011