# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August two thousand twenty-three,

Before: Dennis Jacobs,
Eunice C. Lee,
Myrna Pérez,
*Circuit Judges*.

_____

Chaz Perry, Wayne Askew, Brandan Bass, James Beddia, Frantz Bonneau, et al.

    Plaintiffs - Appellees,

v.

City of New York, New York City Fire Department,

    Defendants - Appellants.

_____

**JUDGMENT**

Docket No. 21-2095

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/15/2023