# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand twenty-three.

Chaz Perry, Wayne Askew, Brandan Bass, James Beddia, Frantz Bonneau, et al.

    Plaintiffs - Appellees,

v.

City of New York, New York City Fire Department,

    Defendants - Appellants.

**STATEMENT OF COSTS**

Docket No. 21-2095

IT IS HEREBY ORDERED that costs are taxed in the amount of $58.44 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

