# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

——————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand twenty-three.

_____

| | |
|---|---|
| Chaz Perry, Wayne Askew, Brandan Bass, James Beddia, Frantz Bonneau, et al. | **STATEMENT OF COSTS** |
| Plaintiffs - Appellees, | Docket No. 21-2095 |
| v. | |
| City of New York, New York City Fire Department, | |
| Defendants - Appellants. | |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $58.44 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature and seal]*

CERTIFIED COPY ISSUED ON 12/07/2023